Daniel W. BUNNETT, Plaintiff— Appellant,

v.

CITY OF HUNTINGTON BEACH; Dale Shields, Officer, individually; Dale Shields, Officer, as a peace officer; David Larry Miller, Lt., aka Lt. David Larry Miller, aka Lt. Larry Miller, aka D.L. Miller, Lt., aka Larry Miller, Defendants—Appellees.

No. 01–56630.
D.C. No. CV–00–00080–DDP.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 9, 2002.

Decided Oct. 24, 2002.

Before HUG, BRUNETTI, and O'SCANNLAIN, Circuit Judges.

---

MEMORANDUM *

We affirm the grant of summary judgment for the defendants and the denial of summary judgment for the plaintiff for the reasons set forth in the district court's August 16, 2001 order.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

